ELIZABETH GUINEY, Appellant, *v.* TIMOTHY GUINEY, Respondent.

*Guiney* v. *Guiney*, 174 App. Div. 894, affirmed.

(Submitted February 3, 1919; decided February 25, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 25, 1916, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to procure the annulment of a marriage on the ground of fraud in that defendant concealed the fact that prior to his marriage he had committed unlawful and criminal acts. The trial court dismissed the complaint upon the ground that the evidence was insufficient to warrant annulment.

*George Thoms* for appellant.

No appearance for respondent.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.